# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED LOGISTICS SERVICES, INC., <br><br> Defendants. | Case No.: 2:20-cv-04154 (PLA) <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER OF DISMISSAL PURSUANT TO SETTLEMENT** |
| DIVERSIFIED LOGISTICS SERVICES, INC., <br> Third-Party Plaintiff, <br><br> vs. <br><br> LANDSTAR INWAY INC.; and ROES 1 through 10, Inclusive, <br><br> Third-Party Defendants. | |

PLEASE TAKE NOTICE that undersigned counsel for all parties hereby stipulate and agree that:

1. The claims in Plaintiff's complaint against Defendant Diversified Logistics Services, Inc. ("DLS") are dismissed with prejudice and without costs or attorneys fees awarded to any party, pursuant to Fed. R. Civ. P. 41(a)(2);

2.	The claims in DLS' Third Party Complaint against Third-Party Defendant Landstar Inway Inc. (herein "Landstar") are dismissed with prejudice and without costs or attorneys fees awarded to any party, pursuant to Fed. R. Civ. P. 41(a)(2); and

3.	This action be dismissed with prejudice and without costs or attorneys fees awarded to any party, pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: February 10, 2021	MALOOF & BROWNE LLC

By:	/s/ Kipp C. Leland
David T. Maloof, Esq. *pro hac vice*
Kipp C. Leland, Esq. *pro hac vice*
411 Theodore Fremd Avenue
Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
E-mail: dmaloof@maloofandbrowne.com
         kleland@maloofandbrowne.com
*Attorneys for Plaintiff*

-and-

ROBERTS & KEHAGIARAS LLP
Andrew D. Kehagiaras, Esq.
(State Bar No. 207767)
adk@tradeandcargo.com
One World Trade Center, Suite 2350
Long Beach, CA 90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923
*Attorneys for Plaintiff*

SWAIN & DIPOLITO LLP

By: /s/ Frank S. Dipolito
Frank X. Dipolito, Esq.
Ross I. Landau, Esq.
879 W. 190 Street, Suite 305
Gardena, California 90248
Telephone: (310) 715-1338
Facsimile: (310) 715-1404
E-mail: fdipolito@swaindipolito.com
rlandau@swaindipolito.com
*Attorneys for Defendant / Third-Party Plaintiff Diversified Logistic Services, Inc.*

STONE DEAN LLP

By: /s/ Gregg S. Garfinkel
Gregg S. Garfinkel, Esq.
21600 Oxnard Street
Upper Lobby – Suite 200
Woodland Hills, California 91367
Telephone: (818) 999-2232
Facsimile: (818) 999-2269
E-mail: ggarfinkel@stonedeanlaw.com
*Attorneys for Defendant Landstar Inway Inc.*

SO ORDERED

_Paul L. Abrams_
_____
Paul L. Abrams
United States Magistrate Judge